**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION (DAYTON)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>MICHAEL GARWOOD,<br>Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Case No. 3:25-cr-00094<br><br>Magistrate Judge Caroline H. Gentry |

# ORDER DISMISSING CASE

For the reasons discussed during the proceedings, the Court **GRANTS** the Government's oral motion to dismiss the charges in this case. The charges against Mr. Garwood are hereby **DISMISSED**, and the case is **TERMINATED.**

**IT IS SO ORDERED.**

October 23, 2026

*s/Caroline H. Gentry*
Caroline H. Gentry
United States Magistrate Judge